DEBORAH LAGOWITZ, Respondent, *v.* UNITED STATES FIDEL-
ITY AND GUARANTY COMPANY, Appellant.

*Submitted November 17, 1939; decided November 30, 1939.*

*William B. Shelton* and *William J. McArthur* for appellant.
*Adolph G. Grossman* and *John B. Whalen* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.